UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YURGUE WINTER FIGUEROA                          CIVIL ACTION NO. _____

VERSUS

COLOR CONCEPTS/GALEANA PAINTING
& DRYWALL, LLC and MARK HUMPHREY

## COMPLAINT

Plaintiff Yurgue Winter Figueroa, resident of the age of majority residing in the Parish of East Baton Rouge, State of Louisiana, files this Complaint against Color Concepts/Galeana Painting & Drywall, LLC, stating the following:

*Jurisdiction and Venue*

1.

This is a Fair Labor Standards Act ("FLSA") lawsuit brought by the plaintiff pursuant to 29 U.S.C. §201 *et seq.* in connection with defendant's failure to pay him overtime for hours he worked in excess of 40 hours per week.

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Venue is proper in this Court under 28 U.S.C. §§ 1391(b)(2). The great majority of the facts giving rise to this cause of action occurred within this district, including East Baton Rouge Parish.

*Defendants*

4.

Made defendants herein are:

(a) Color Concepts/Galeana Painting & Drywall, LLC, a limited liability company organized under the laws of the State of Florida, having its principal place of business in Lafayette Parish, Louisiana; and

(b) Mark Humphrey, a natural person of the age of majority, a member and manager of Color Concepts/Galeana Painting & Drywall, LLC. Upon information and belief, defendant Humphrey is domiciled in the State of Florida.

5.

Color Concepts/Galeana Painting & Drywall, LLC, is a construction company providing a number of services to its customers. The plaintiff worked as a painter for Color Concepts/Galeana Painting & Drywall, LLC; his work consisted mainly of manual labor.

6.

Defendant is the plaintiff's "employer" as that term is defined by the FLSA at 29 U.S.C. 203(d). Defendant suffered or permitted the plaintiff to work on its crews performing construction work. Defendant controlled the method, manner, location, and time of plaintiff's work, and it set the hours that the plaintiff was required to work.

7.

Defendant Color Concepts/Galeana Painting & Drywall, LLC is an "enterprise" engaged in interstate commerce as defined by the FLSA, 29 U.S.C. §§203(b) and (s)(1)(A), as Color Concepts/Galeana Painting & Drywall, LLC is a contractor that engages in construction work and

utilizes in that work "goods or materials that have been moved in or produced for commerce,"[1] including but not limited to paints, primers, paint brushes, and paint spray applicators.

8.

Defendant Mark Humphrey is a member and manager of Color Concepts/Galeana Painting & Drywall, LLC. Upon information and belief, Defendant Humphrey was ultimately responsible for the practice of depriving the plaintiff and other employees of overtime pay for hours worked in excess of 40 hours per week. He is therefore personally liable to the plaintiff for the damages sought in this lawsuit.

*Defendants' FLSA Violations*

9.

Plaintiff began working for Color Concepts/Galeana Painting & Drywall, LLC in January of 2019 and stopped working for defendant at the end of August of 2019.

10.

The plaintiff routinely worked in excess of 40 hours per week, but he was not paid overtime as required by the Fair Labor Standards Act. Instead, he was paid a fixed hourly rate of $19 per hour for his first month of work, then $20 per hour for the rest of his employment, regardless of the number of hours he worked that week.

11.

The plaintiff had a fairly regular work schedule, working between 50 and 60 hours weekly. The plaintiff estimates he worked, on average, at least 56 hours per week.

---

[1] *Brock v. Hamad*, 867 F.2d 804, 807 (4th Cir. 1989).

12.

Plaintiff is the non-exempt employee of the defendant under the FLSA. Defendant Humphrey, as managing member of the company, was responsible for the company's decision not to pay overtime to the plaintiff. He is also the "employer" of the plaintiff, as that term is defined by the FLSA.

13.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times his regular rate of pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

14.

The defendants knowingly and willfully violated the FLSA.  Plaintiff is therefore also entitled to recover from defendant an equal sum as liquidated damages, together with reasonable attorney's fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

15.

**WHEREFORE,** plaintiff prays that after all legal delays and proceedings, there be a judgment rendered in favor of the plaintiff and against the defendants, Color Concepts/Galeana Painting & Drywall, LLC and Mark Humphrey, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorney's fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

**ESTES DAVIS LAW, LLC**

*/s/ Daniel B. Davis*
Randall E. Estes (La. Bar Roll No. 22359)
Daniel B. Davis (La. Bar Roll No. 30141)
Vivian Jeansonne (La. Bar Roll No. 37177)
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
Email: dan@estesdavislaw.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2019, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system

*/s/ Daniel B. Davis*
Daniel B. Davis